UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-cr-170 |
| ) | (Jordan / Shirley) |
| ) | |
| CONCEPCION RODRIGUEZ, JR., ) | |
| ) | |
| Defendant ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on June 7, 2007, upon motion of defendant Concepcion Rodriguez, Jr. to substitute counsel, [Doc. 10].

At the time of his initial appearance before this Court, Mr. Rodriguez reported to the Court that he intended to hire an attorney, but had not done so yet. The Court appointed Attorney Robert Kurtz, with the consent of Mr. Rodriguez, to represent the defendant until counsel was retained. Attorney Christopher Flood of the Texas Bar has now been admitted to practice in the Eastern District of Tennessee *pro hac vice* by a contemporaneously-filed Order. Accordingly, Attorney Kurtz is now relieved as counsel for Mr. Rodriguez, except to the extent necessary to complete transition of the case, and Attorney Flood shall be entered as counsel of record.

Defendant's Motion to Substitute Counsel [**Doc. 10**] is **GRANTED.**

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.
United States Magistrate Judge